1  MALINDA HAAG
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11

12 RODNEY AUSTIN,                        )
                                         )   CIVIL NO. 3:12-03349-EMC
13        Plaintiff,                     )
                                         )
14                                       )   AMENDED STIPULATION FOR
          v.                             )   EXTENSION OF TIME TO FILE
15                                       )   DEFENDANT'S CROSS-MOTION FOR
   MICHAEL J. ASTRUE,                    )   SUMMARY JUDGMENT; P~~ROPOSED~~
16 Commissioner of                       )   ORDER
   Social Security,                      )
17                                       )
          Defendant.                     )
18 _____ )

19        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a second 30-day extension of time up and through February 10, 2013

21 in which to e-file his Cross-Motion for Summary Judgment.  Counsel apologizes for the delay and

22 inconvenience caused to the Court.  Plaintiff's counsel reminded Defendant that the deadline to file had

23 already passed and agreed to stipulate to a 30 day extension.  The undersigned did not intend to

24 unnecessarily delay the proceedings or to impose any hardship upon Plaintiff.

25 ///

26 ///

27 ///

28 ///

Dated: January 11, 2013 /s/ Donald H. Medaris
(As authorized via telephone on January 11, 2013)
DONALD H. MEDARIS
Attorney for Plaintiff

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: January 11, 2013 By: /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/14/13

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

2