MALINDA HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY AUSTIN,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:12-03349-EMC<br><br>AMENDED STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; P~~ROPOSED~~ ORDER |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a second 30-day extension of time up and through February 10, 2013 in which to e-file his Cross-Motion for Summary Judgment. Counsel apologizes for the delay and inconvenience caused to the Court. Plaintiff's counsel reminded Defendant that the deadline to file had already passed and agreed to stipulate to a 30 day extension. The undersigned did not intend to unnecessarily delay the proceedings or to impose any hardship upon Plaintiff.

///

///

///

///

| | | | |
|---|---|---|---|
| 1 | Dated: January 11, 2013 | | /s/ Donald H. Medaris |
| 2 | | | (As authorized via telephone on January 11, 2013)<br>DONALD H. MEDARIS<br>Attorney for Plaintiff |

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: January 11, 2013     By:     /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/14/13

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

2